# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANTHONY C. BARRETT | ) Case No: 96-00115-03-CR-W-FJG |
| | ) USM No: 06505-045 |
| Date of Original Judgment: 10/02/1997 | ) |
| Date of Previous Amended Judgment: 04/23/2009 | ) STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  360  months **is reduced to**  292 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/02/1997  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/10/2011                          s/ Nanette K. Laughrey
                                                *Judge's signature*

Effective Date:                                  NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                 *Printed name and title*